**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| IN RE: ADOPTION OF: S.O., A MINOR | : | No. 740 MAL 2015 |
| | : | |
| | : | |
| PETITION OF: E.C.B. | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| | | |
| IN RE: ADOPTION OF T.A., A MINOR | : | No. 741 MAL 2015 |
| | : | |
| | : | |
| PETITION OF: E.C.B. | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| | | |
| IN THE INTEREST OF: S.O. AND T.A., MINORS | : | No. 742 MAL 2015 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal from |
| PETITION OF: E.C.B. | : | the Order of the Superior Court |

## ORDER

**PER CURIAM**

 **AND NOW**, this 13th day of November, 2015, the Petition for Allowance of Appeal is **DENIED**.